IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HEDLEY AND BENNETT, INC.,<br><br>　　　　　Defendant.<br><br>BLAIR DOUGLASS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STEEL SUPPLEMENTS, INC.,<br><br>　　　　　Defendant. | Lead Case No. 2:21-cv-01165-AJS<br><br><br><br><br><br>Member Case No. 2:21-cv-01221-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Steel Supplements, Inc. have reached an agreement in principle that will confidentially resolve the claims alleged in the member case, *Douglass v. Steel Supplements, Inc.*, Member Case No. 2:21-cv-01221-AJS.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: December 2, 2021　　　　　　　　*/s/ Kevin Tucker*

　　　　　　　　　　　　　　　　　　　　Kevin W. Tucker (He/Him) (PA 312144)
　　　　　　　　　　　　　　　　　　　　Kevin J. Abramowicz (He/Him) (PA 320659
　　　　　　　　　　　　　　　　　　　　Chandler Steiger (She/Her) (PA 328891)
　　　　　　　　　　　　　　　　　　　　Stephanie Moore (She/Her) (PA 329447)
　　　　　　　　　　　　　　　　　　　　**EAST END TRIAL GROUP LLC**
　　　　　　　　　　　　　　　　　　　　6901 Lynn Way, Suite 215
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15208
　　　　　　　　　　　　　　　　　　　　Tel. (412) 877-5220

Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, December 2, 2021, a true and correct copy of the foregoing was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: December 2, 2021   */s/ Kevin Tucker*

Kevin W. Tucker (He/Him)