UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>             Plaintiff,<br><br>v.<br><br>HEDLEY AND BENNETT, INC.,<br><br>             Defendant. | Case No. 2:21-cv-01165-AJS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Blair Douglass ("Plaintiff") and Defendant Hedley and Bennett, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1.   This action shall be DISMISSED with prejudice as between Plaintiff and Defendant; and

2.   Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: January 27, 2022

By: <u>*/s/ Chandler Steiger*</u>
    Kevin W. Tucker (He/Him)
    Pa. No. 312144
    Kevin J. Abramowicz
    Pa. No. 320659
    Chandler Steiger (She/Her)
    Pa. No. 328891
    Stephanie Moore (She/Her)
    Pa. No. 329447
    EAST END TRIAL GROUP LLC
    6901 Lynn Way, Suite 215
    Pittsburgh, PA 15208
    Tel. (412) 877-5220
    Fax. (412) 626-7101
    ktucker@eastendtrialgroup.com
    kabramowicz@eastendtrialgroup.com
    csteiger@eastendtrialgroup.com
    smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

Respectfully submitted,

By: <u>*/s/ Adam Losey*</u>
    Adam Losey
    Florida Bar No. 69658
    (admitted pro hac vice)
    Losey PLLC
    1420 Edgewater Drive
    Orlando, FL 32804
    (407) 906-1605
    alosey@losey.law

*Counsel for Defendant Hedley and Bennett, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, January 27, 2022, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully submitted,

Dated: January 27, 2022

*/s/ Chandler Steiger*
Chandler Steiger (She/Her)