# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HEDLEY AND BENNETT, INC.,<br><br>　　　　　Defendant. | Lead Case No. 2:21-cv-01165-AJS |
| BLAIR DOUGLASS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NUC USA, INC.,<br><br>　　　　　Defendant. | Member Case No. 2:21-cv-01166-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant NUC USA, Inc. have reached an agreement in principle that will confidentially resolve the claims alleged in the member case, *Douglass v. NUC USA, Inc.*, Member Case No. 2:21-cv-01166-AJS. Plaintiff anticipates filing Stipulation of Dismissal With Prejudice within thirty (30) days of this notice.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: January 31, 2022　　　　　　　　*/s/ Kevin Tucker*
　　　　　　　　　　　　　　　　　　　　Kevin W. Tucker (He/Him) (PA 312144)
　　　　　　　　　　　　　　　　　　　　Kevin J. Abramowicz (He/Him) (PA 320659)
　　　　　　　　　　　　　　　　　　　　Chandler Steiger (She/Her) (PA 328891)
　　　　　　　　　　　　　　　　　　　　Stephanie Moore (She/Her) (PA 329447)
　　　　　　　　　　　　　　　　　　　　**EAST END TRIAL GROUP LLC**
　　　　　　　　　　　　　　　　　　　　6901 Lynn Way, Suite 215
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15208

Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, January 31, 2022, a true and correct copy of the foregoing was filed on the Court's CM/ECF system and will be served upon all counsel of record.

                                                    Respectfully Submitted,

Dated: January 31, 2022                    */s/ Kevin Tucker*

                                                    Kevin W. Tucker (He/Him)